# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-21552 |
| Varadi, Ildiko | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on April 23, 2019, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
93847202.v1

# Mailing Information for Case 17-21552

- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Kevin W Bruning     kbruning@bruninglaw.com
- Teresa A Manion     tmanion@bruninglaw.com
- Katerina Tsoukalas-Heitkemper     kheitkemper@tresslerllp.com

## Manual Notice List (Via U.S. Mail)

Ildiko Varadi
1409 N. Sterling Ave. #102
Palatine, IL 60067

Capital One Bank
c/o American InfoSource
PO Box 71083
Charlotte, NC 28272-1083

The Law Firm of Wendy R. Morgan
1845 E. rand Rd., Suite 211
Arlington Heights, IL 60004

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD LLC
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Department Stores National Bank
c/o Quantum3 Group
PO Box 657
Kirkland, WA 98083-0657

Capital One Bank
c/o Cabela's Club Visa
PO Box 82609
Lincoln, NE 68501-2609

Comenity Bank
c/o Quantum3 Group
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank
c/o PRA Receivables Mgmt.
PO Box 41031
Norfolk, VA 23541

Bill Me Later
c/o Weinstein & Riley
PO Box 3978
Seattle, WA 98124-3978

{4273 CER A0502379.DOC}  2